[No. 3071-1.   Division One.   December 1, 1975.]

FISHERMEN'S COOPERATIVE ASSOCIATION, INC., *Appellant,* v.
POINT ADAMS PACKING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 769002, David W. Soukup, J., entered May 10, 1974. *Affirmed in part and reversed in part* by unpublished

opinion per Farris, J., concurred in by Callow and Andersen, JJ.